In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and Another, as Executors, etc., of WILLIAM S.

EMERY, Deceased.— Preference granted for June 5, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.